## MEDIATION REFERRALS

The following cases have been referred to mediation pursuant to S.Ct.Prac.R. XIV(6):

**2002–0497.   State ex rel. Holiday v. Indus. Comm.**
Franklin App. No. 01AP–390.

**2002–0657.   AEI Real Estate Fund XVIII, LP v. Franklin Cty. Bd. of Revision.**
Board of Tax Appeals, No. 00–J–2187.

**2002–0672.   State ex rel. Stacy v. Batavia Local School Dist. Bd. of Edn.**
Clermont App. No. CA2000–10–077, 2002-Ohio-1015.